Argued and submitted June 24, reversed and remanded for reconsideration
July 15, 1998

In the Matter of the Compensation of
Dan Bellon, Claimant.

LIBERTY NORTHWEST INSURANCE
CORPORATION
and Thompson-McDougall,
*Petitioners,*

*v.*

Dan BELLON,
*Respondent.*

(95-13453; CA A94937)

958 P2d 908

Alexander D. Libmann argued the cause for petitioners. With him on the brief was Ian Harrasser, Certified Law Clerk.

R. Adian Martin argued the cause and filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Liberty Northwest Ins. Corp. v. Jensen,* 150 Or App 548, 946 P2d 689 (1997).